## United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALEJANDRO SANCHEZ-OROSCO
a/k/a ALEJANDRO FLORES
a/k/a ALEJANDRO FLORES-DOMINGUEZ

Venue: San Francisco

CRIMINAL COMPLAINT

CASE NUMBER: 3  08  70395

**MEJ**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __May 30, 2008__ in __Sonoma County,__ in the __Northern__ District of __California__ defendant,

ALEJANDRO SANCHEZ-OROSCO (a/k/a ALEJANDRO FLORES, and ALEJANDRO FLORES-DOMINGUEZ), an alien, after having been removed, excluded, and deported from the United States, was thereafter found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title __8__ United States Code, Section(s) __1326__ .

I further state that I am a __Deportation Officer__ and that this complaint is based on the following facts:
Official Title

**SEE ATTACHED AFFIDAVIT IN SUPPORT OF THIS COMPLAINT**

**PENALTIES:** Imprisonment for not more than 20 years, a fine of not more than $250,000.00, a $100.00 dollar special assessment, and 3 years supervised release.

APPROVED AS TO FORM: _____(Lara M. Kroop)_____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Warrant of Arrest Requested: ☐ Yes ☒ No
Bail Amount: **NO BAIL**

Signature of Complainant

Sworn to before me and subscribed in my presence,

__7-1-08__ at __San Francisco, California__
Date                                                 City and State

**Honorable Maria-Elena James**
**United States Magistrate Judge**
Name & Title of Judicial Officer                  Signature of Judicial Officer

STATE AND NORTHERN DISTRICT OF CALIFORNIA )
) ss, AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO )

    I, Cesar J. Lopez, Deportation Officer, U.S. Immigration and Customs Enforcement (ICE), being duly sworn, depose and state:

## I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.    This affidavit is submitted in support of a criminal complaint against ALEJANDRO SANCHEZ-OROSCO, a/k/a ALEJANDRO FLORES, and ALEJANDRO FLORES-DOMINGUEZ, for violating 8 U.S.C. § 1326. The facts set forth in this Affidavit are based on my review of SANCHEZ-OROSCO'S official Immigration file (No. A78 439 003), my personal observations, my training and experience, and where noted, information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all of the facts related to SANCHEZ-OROSCO that I know.

## II. AGENT'S BACKGROUND AND EXPERTISE

2.    I have been a Deportation officer with the U. S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately 14 years. I am currently assigned to ICE's San Francisco, California office, and I am responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally.

## III. APPLICABLE LAW

3.    Title 8 U.S.C. § 1326 provides criminal penalties for "any alien who . . . has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act . . . ."

## IV. FACTS ESTABLISHING PROBABLE CAUSE

4.    ALEJANDRO SANCHEZ-OROSCO, a/k/a ALEJANDRO FLORES, and ALEJANDRO FLORES-DOMINGUEZ is a 23 year-old male who is a native and citizen of Mexico. SANCHEZ-OROSCO was deported from the United States to Mexico on December 20, 2002, May 25, 2003, March 9, 2004, December 30, 2004 and, January 13, 2005.

5.  SANCHEZ-OROSCO last entered the United States illegally on an unknown date in 2005 by voluntarily crossing into California through the international border with Mexico by foot. SANCHEZ-OROSCO knowingly remained in the United States without first having obtained the consent to reapply for admission from the Attorney General of the United States or the United States Secretary of Homeland Security.

6.  The official Immigration file for SANCHEZ-OROSCO contains five executed Warrants of Removal. The Warrants of Removal are dated December 20, 2002, May 25, 2003, March 9, 2004, December 30, 2004 and January 13, 2005—the dates that SANCHEZ-OROSCO was deported from the United States to Mexico.

7.  On or about May 30, 2008, an ICE agent encountered SANCHEZ-OROSCO pursuant to his release from the Sonoma County Jail in Santa Rosa, California on unrelated charges. SANCHEZ-OROSCO stated that his name was Alejandro Sanchez-Orosco. Subsequently, the agent lodged an ICE detainer against him.

8.  On June 17, 2008, Immigration Enforcement Agent Shawn Dionida interviewed SANCHEZ-OROSCO at the Sonoma County Jail in Santa Rosa, California. After SANCHEZ-OROSCO was advised of his Miranda rights and the right to speak with the consular or diplomatic officers of his country of citizenship, he admitted that his true name was ALEJANDRO FLORES a/k/a ALEJANDRO SANCHEZ-OROSCO. SANCHEZ-OROSCO admitted that he was a citizen and national of Mexico and that he had been previously deported from the United States. He also admitted that he illegally reentered the United States on an unknown date three years ago.

9.  On June 27, 2008, a full set of rolled fingerprints belonging to SANCHEZ-OROSCO was submitted to the Automated Fingerprint Identification Center ("AFIS"), for verification of the identity. The fingerprint examiner positively identified the fingerprint as belonging to SANCHEZ-OROSCO who had previously been removed from the United States as referenced in paragraphs 4 and 6.

10. There is no indication in ICE's official files that SANCHEZ-OROSCO has applied for or been granted the requisite permission to reenter the United States from either the Attorney General of the United States or the Secretary of Homeland Security.

## V. CONCLUSION

11. On the basis of the above information, I submit that probable cause exists to believe that ALEJANDRO SANCHEZ-OROSCO, a/k/a ALEJANDRO FLORES, and ALEJANDRO FLORE-DOMINGUEZ illegally reentered the United States following deportation, in violation of 8 U.S.C. § 1326.

_____
Cesar J. Lopez
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
San Francisco, California

Subscribed and sworn to before me this ___1___ day of July, 2008.

_____
The Honorable Maria-Elena James
United States Magistrate Judge
Northern District of California
San Francisco, California